754

**Guy T. HELVERING, Com'r of Internal Revenue, Petitioner, v. Bernon S. PRENTICE, Respondent.**

No. 7750.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 22, 1941.

Decided Sept. 28, 1942.

Rehearing Granted Oct. 30, 1942.

Morton K. Rothschild, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and J. Louis Monarch, Sp. Asst. to Atty. Gen., on the brief), for petitioner.

Thomas M. Wilkins, of Washington, D. C. (Frank S. Harman, of New York City, on the brief), for respondent.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The case at bar is ruled by the decision of this court in Helvering v. Wilmington Trust Co., 3 Cir., 124 F.2d 156, 158, reversed by the Supreme Court on another point. See Wilmington Trust Co. v. Helvering, 316 U.S. 164, 62 S.Ct. 984, 86 L. Ed. ——. The review in the cited case was expressly limited by the Supreme Court to but one question and did not affect this court's ruling as to the point now involved.

Accordingly the decision of the Board of Tax Appeals is reversed and the cause is remanded with directions to redetermine the tax in accordance with this opinion.

**E. Randall HENDERSON, Appellant, v. UNITED STATES of America.**

No. 12337.

Circuit Court of Appeals, Eighth Circuit.

Aug. 27, 1942.

Rene J. Lusser, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and David M. Robinson, Asst. U. S. Atty., of St. Louis, Mo., for appellee.

PER CURIAM.

Motion of appellee to dismiss appeal from United States District Court granted and appeal dismissed.

**H. C. JONES, Individually and as Collector of Internal Revenue, v. Lloyd NOBLE.**

No. 2610.

Circuit Court of Appeals, Tenth Circuit.

Sept. 9, 1942.

George H. McElroy, Asst. U. S. Atty., of Oklahoma City, Okl., for appellant.

Sullivan G. Ashby, of Oklahoma City, Okl., for appellee.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal, 45 F.Supp. 504, dismissed pursuant to stipulation of the parties.

**John KAHL, Appellant, v. DISTRICT COURT OF UNITED STATES FOR DISTRICT OF MINNESOTA, THIRD DIVISION.**

No. 12418.

Circuit Court of Appeals, Eighth Circuit.

Aug. 27, 1942.

John Kahl, pro se.

Victor E. Anderson, U. S. Atty., of St. Paul, Minn., for appellee.

PER CURIAM.

Appellant allowed to file petition for writ of coram nobis and proceed in forma pauperis, and petition dismissed for want of jurisdiction.